Nov. Term, 1853.

JACKSON
v.
THE STATE.

*J. G. Marshall*, for the plaintiff.

*D. S. Major* and *A. Brower*, for the defendant.

---

## JACKSON v. THE STATE.

A charge, in an information for gaming, that *A.* lost, &c., upon a game at cards, is not supported by evidence establishing that *A.* and another jointly lost, &c.

*Saturday,*
*December* 24.

APPEAL from the *Henry* Court of Common Pleas.

ROACHE, J.—Information charging the defendant with having lost, upon a game at cards, the sum of 25 cents to one *John Bigler.*

On the trial *Jackson* offered to prove, by one of the state's witnesses, that the betting was a joint one by him-

self and one *Brown*, and that whatever was lost was lost by them jointly. The Court excluded the evidence.

· This was erroneous. A charge that *Jackson* alone lost, &c., was not supported by proof that *Jackson*, with another, jointly lost, &c. A judgment would be no bar to another prosecution against them jointly for the same act.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*W. Grose*, for the plaintiff.

*E. B. Martindale*, for the state.